Robert M. FROST et al.

v.

COASTAL RESOURCES MANAGEMENT COUNCIL et al.

No. 83–326–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Dennis H. Esposito, Vrana, Cunha & Esposito, Providence, for petitioner.

Lisa Dinerman, Mandell, Aisenberg & Goodman Ltd., Providence, for respondent.

## ORDER

This petition for certiorari seeks review of a Superior Court ruling dismissing petitioners' administrative appeal for failure of petitioners to exhaust their administrative remedies. Upon review of the memoranda submitted, we are of the opinion that certiorari is not warranted at this time. We fully anticipate, however, that the Coastal Resources Management Council will render its decision on the petitioners' pending 1967 application within a reasonable time. Thereafter, the parties may pursue whatever remedies they deem appropriate in the light of the administrative ruling.

The petition for writ of certiorari is denied.